JAMES F. MCCABE (SBN.104686)
**ALSTON & BIRD LLP**
560 Mission St.
Suite 2100
San Francisco, CA 94105
Telephone:     415-243-1000
Facsimile:      415-243-1001
E-mail:jim.mccabe@alston.com
Attorney for Defendant
LEXISNEXIS RISK SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN TRAINA,<br><br>                  Plaintiffs,<br><br>         v.<br><br>LEXISNEXIS RISK SOLUTIONS, INC. and DOES 1-10, inclusive.<br><br>                  Defendants.. | Case No. 2:21-cv-02073-JAM-KJN<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT AND ORDER**<br><br>Complaint Filed:      November 9, 2021 |

Pursuant to Local Rule 144(a), Plaintiff Ann Traina ("Plaintiff") and Defendant LexisNexis Risk Solutions Inc. ("LexisNexis" or "Defendant") (together, the "Parties), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint (ECF No. 1) on November 9, 2021;

WHEREAS, Plaintiff served the Complaint and Summons on LexisNexis on November 12, 2021 (ECF No. 4);

WHEREAS, LexisNexis' response to the Complaint is currently due on December 3, 2021;

WHEREAS, the Parties have agreed to a thirty (30) day extension of time for LexisNexis to answer or otherwise respond to Plaintiff's Complaint;

WHEREAS, this time modification will not have an effect on the schedule for this case;

WHEREAS, this is LexisNexis' first request for an extension of time in this case;

NOW, THEREFORE, the Parties, by and through the undersigned counsel, hereby request that the Court extend the Defendant's time to answer or otherwise respond to the Complaint by thirty (30) days from December 3, 2021 up and to including **January 3, 2022**.

Dated:   December 1, 2021         **ALSTON & BIRD LLP**

                                  By:  /s/James F. McCabe
                                           James F. McCabe
                                  Attorneys for Defendant
                                  LEXISNEXIS RISK SOLUTIONS INC.

Dated:   December 1, 2021         **MARTIN & BONTRAGER APC**

                                  By:  /s/G. Thomas Martin, III
                                           G. Thomas Martin, III
                                  Attorneys for Plaintiff
                                  ANN TRAINA

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDER. Defendant LexisNexis Risk Solutions Inc. shall have up to and including January 3, 2022 to answer or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated:  December 6, 2021    /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
                                                 UNITED STATES DISTRICT COURT JUDGE