ALSTON & BIRD LLP
James F. McCabe, CA Bar No. 104686
560 Mission Street, Suite 2100
San Francisco, CA 94105
Tel.: 415-243-1047
Email: jim.mccabe@alston.com

Attorney for Defendant

LexisNexis Risk Solutions Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Ann Traina, | Case No. 2:21-cv-02073-JAM-KJN |
| Plaintiff, | |
| v. | **SECOND STIPULATION TO EXTEND** |
| LexisNexis Risk Solutions Inc., | **TIME FOR DEFENDANT TO RESPOND TO** |
| | **PLAINTIFF'S COMPLAINT AND** |
| Defendant. | **PROPOSED ORDER** |

1          Pursuant to Local Rule 144(a), Plaintiff Ann Traina
2   ("Plaintiff") and Defendant LexisNexis Risk Solutions Inc.
3   ("LexisNexis Risk" or "Defendant") (together, the "Parties"), by
4   and through their counsel of record, hereby stipulate as follows:
5          WHEREAS, Plaintiff filed the Complaint (ECF No. 1) on
6   November 9, 2021;
7          WHEREAS, Plaintiff served the Complaint and Summons on
8   LexisNexis on November 12, 2021 (ECF No. 4);
9          WHEREAS, LexisNexis Risk's response was originally due on
10  December 3, 2021;
11         WHEREAS, the Parties jointly requested a thirty (30) day
12  extension on December 1, 2021;
13         WHEREAS, the Court granted the Parties request on
14  December 6, 2021;
15         WHEREAS, LexisNexis Risk's response to the Complaint is
16  currently due on January 3, 2022;
17         WHEREAS the Parties are exploring an early resolution to
18  this case;
19         WHEREAS, the Parties have agreed to a further thirty (30)
20  day extension of time for LexisNexis Risk to answer or otherwise
21  respond to Plaintiff's Complaint;
22         WHEREAS, this time modification will not have an effect on
23  the schedule for this case;
24         WHEREAS, this is LexisNexis Risk's second request for an
25  extension of time in this case;
26         NOW, THEREFORE, the Parties, by and through the undersigned
27  counsel, hereby request that the Court extend the Defendant's
28  time to answer or otherwise respond to the Complaint by thirty

(30) days from January 3, 2022 up and to including **February 2, 2022.**

Dated: December 28, 2021    **ALSTON & BIRD LLP**

                              By: */s/James F. McCabe*
                                    James F. McCabe
                              Attorney for Defendant
                              LEXISNEXIS RISK SOLUTIONS INC.

Dated: December 28, 2021    **MARTIN & BONTRAGER APC**

                              By: */s/Nicholas J. Bontrager*
                                    Nicholas J. Bontrager
                              Attorney for Plaintiff
                              ANN TRAINA

LEGAL02/41311830v1

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDER. Defendant LexisNexis Risk Solutions Inc. shall have up to and including February 2, 2022 to answer or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated:  December 28, 2021            /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE

LEGAL02/41311830v1