1  JAMES F. MCCABE (SBN.104686)
   **ALSTON & BIRD LLP**
2  560 Mission St.
   Suite 2100
3  San Francisco, CA 94105
   Telephone:     415-243-1000
4  Facsimile:     415-243-1001
   E-mail:  jim.mccabe@alston.com
5  Attorney for Defendant
   LEXISNEXIS RISK SOLUTIONS INC.
6
7
8              **UNITED STATES DISTRICT COURT**
9              **EASTERN DISTRICT OF CALIFORNIA**
10                   **SACRAMENTO DIVISION**

| | |
|---|---|
| ANN TRAINA, | Case No. 2:21-cv-02073 JAM KJN |
| Plaintiff, | **THIRD STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT AND ORDER** |
| v. | |
| LEXISNEXIS RISK SOLUTIONS INC. and DOES 1-10, inclusive. | |
| Defendant. | Complaint Filed:   November 9, 2021 |

- 1 -
THIRD STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S
COMPLAINT; ORDER
Case No.  2:21-cv-02073 JAM KJN

1  Pursuant to Local Rule 144(a), Plaintiff Ann Traina
2  ("Plaintiff") and Defendant LexisNexis Risk Solutions Inc.
3  ("LexisNexis" or "Defendant") (together, the "Parties"), by and
4  through their counsel of record, hereby stipulate as follows:
5  WHEREAS, Plaintiff filed the Complaint (ECF No. 1) on November
6  9, 2021;
7  WHEREAS, Plaintiff served the Complaint and Summons on
8  LexisNexis on November 12, 2021 (ECF No. 4);
9  WHEREAS, LexisNexis Risk's response was originally due on
10 December 3, 2021;
11 WHEREAS, the Parties jointly requested a thirty (30) day
12 extension on December 1, 2021;
13 WHEREAS, the Court granted the Parties' request on December 6,
14 2021 (ECF 7);
15 WHEREAS, the Parties jointly requested a further thirty (30)
16 day extension on December 28, 2021;
17 WHEREAS, the Court granted the Parties' request on
18 December 29, 2021, extending to February 2, 2022 Defendant
19 LexisNexis Risk Solutions Inc.'s time in which to respond to the
20 complaint (ECF 9);
21 WHEREAS, the Parties have in the interim engaged in good faith
22 efforts to resolve the case and believe that negotiations in the
23 next two weeks could be fruitful;
24 WHEREAS, this time modification will not have an effect on the
25 schedule for this case;
26 NOW, THEREFORE, the Parties, by and through the undersigned
27 counsel, hereby request that the Court extend the Defendant's time
28 to answer or otherwise respond to the Complaint by fourteen (14)

days from February 2, 2022 up and to including **February 16, 2022**.


Dated: February 1, 2022    **ALSTON & BIRD LLP**

                            By: */s/James F. McCabe*
                                    James F. McCabe
                            Attorney for Defendant
                            LEXISNEXIS RISK SOLUTIONS INC.


Dated: February 1, 2022    **MARTIN & BONTRAGER APC**

                            By: */s/G. Thomas Martin, III*
                                    G. Thomas Martin, III
                            Attorney for Plaintiff
                            ANN TRAINA

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDER. Defendant LexisNexis Risk Solutions Inc. shall have up to and including February 16, 2022 to answer or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated:  February 2, 2022        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE